**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TARISHEA AUTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No:** |
| **v.** | ) | |
| | ) | **Judge** |
| **J. KILGORE #332, Individually,** | ) | |
| **and the CITY OF JOLIET,** | ) | **Magistrate Judge** |
| **a Municipal Corporation,** | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, TARISHEA AUTMAN, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, J. KILGORE #332, Individually, and the CITY OF JOLIET, as follows:

**COUNT I — 42 U.S.C. §1983 FALSE ARREST**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, TARISHEA AUTMAN, accomplished by acts and/or omissions of the Defendant J. KILGORE #332, individually and officially, committed under color of law. Jurisdiction lies pursuant to 28 U.S.C. §1331, §1343, and supplemental jurisdiction under the State of Illinois.

2. Specifically, as a result of the egregious misconduct by the Defendant, the Plaintiff, TARISHEA AUTMAN, was wrongfully arrested, handcuffed and held for crimes she did not commit.

3. The Plaintiff, TARISHEA AUTMAN, at all times was a United States citizen and a resident of Joliet, Illinois.

4. The Defendant, J. KILGORE #332, and at all relevant times was a Police Officer of Joliet, Illinois, acting within his scope of employment and under the color of law.

5. On January 23, 2023, TARISHEA AUTMAN was driving her daughter to school.

6. TARISHEA AUTMAN was not committing any crimes or breaking any laws.

7. As she was driving out of the parking lot of her daughter's school, she was pulled over by the Joliet Police.

8. TARISHEA AUTMAN was informed that she was under arrest pursuant to a warrant.

9. Plaintiff was handcuffed and taken to the Joliet Police Department.

10. TARISHEA AUTMAN was afraid and embarrassed of being arrested and taken into custody in front of her daughter's school as students were being dropped off.

11. TARISHEA AUTMAN was arrested and taken into custody based on a warrant and complaint by Defendant J. KILGORE #332.

12. There were no facts that supported any criminal charge against her.

13. There were not facts to support a statement that she committed any crime.

14. There were no facts to support probable cause.

15. Despite any factual basis, Defendant J. KILGORE #332 swore out a complaint and warrant for TARISHEA AUTMAN's arrest.

16. The complaint for an arrest warrant was false.

17. The actions of the Defendant were done with willful and wanton recklessness, and with disregard for the rights of TARISHEA AUTMAN.

18. Plaintiff was booked for burglary and theft.

19. The Plaintiff, TARISHEA AUTMAN, was at all times innocent of any such crimes.

20. The actions of the Defendants were intentional, willful, wanton, and reckless.

21. As a direct and proximate consequence of said conduct of the Defendant, J. KILGORE #332, the Plaintiff, TARISHEA AUTMAN, suffered violations of her constitutional rights, emotional anxiety, fear, emotional distress, monetary loss, embarrassment, pain and suffering, and damage to her reputation.

22. The actions of the Defendants violated Plaintiff's Fourth Amendment rights as protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, TARISHEA AUTMAN, prays for judgment in her favor and against the Defendant, J. KILGORE #332, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT II – INDEMNIFICATION CLAIM / JOLIET**

1-22. The Plaintiff, TARISHEA AUTMAN, realleges and incorporates her allegations of paragraphs 1 – 22 of Count I as her respective allegations of paragraphs 1 - 22 of Count II as though fully set forth herein.

23. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

24. Defendant, CITY OF JOLIET, is and/or was the employer of the Defendants, J. KILGORE #332, who acted within the scope of his employment for the CITY OF JOLIET in committing the misconduct described herein.

25. If this individual Defendants is found liable, his respective employer will be liable to indemnify him for any compensatory damages and attorney fees and costs under § 1988.

WHEREFORE, should Defendant J. KILGORE #332 be found liable for the acts alleged above, Defendant CITY OF JOLIET would be liable to pay the Plaintiff any judgment obtained against said Defendants.

**JURY DEMAND**

The Plaintiff, TARISHEA AUTMAN, hereby requests a trial by jury.

Respectfully submitted,
TARISHEA AUTMAN

/s/ Gregory E. Kulis
Gregory E. Kulis

Gregory E. Kulis (6180966)
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602
p. (312) 580-1830
e. service@kulislawltd.com